1983 SGC

AO 242 (Rev. 10/16) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

FILED
2023 FEB -8 A 11: 24
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA

Hollis Chadwick Smith
Petitioner
(Full name)

-v-

Medical and Sheriff Nick Smith
Respondent
(Name of warden or authorized person having custody of petitioner.)

Civil Action No. 6:23cv158LCB-SC
(to be filled in by the Clerk's Office)

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

**Personal Information**

1. (a) Your full name: Hollis Chadwick Smith
   (b) Other names you have used: Chad Smith
2. Place of confinement:
   (a) Name of Institution: Walker County Jail
   (b) Address: 2001 2nd Ave Jasper AL 35501
   (c) Your prisoner identification number: 31668
3. Are you currently being held on orders by:
   ☐ Federal authorities   ☒ State authorities   ☐ Other – explain:

4. Are you currently:
   ☒ A pretrial detainee (waiting for trial on criminal charges)
   ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: Walker County Court house Jasper AL, 35501 Judge Allred,

[Margin note: My forms been ripped up in front of me. 3rd one sent.]

1

(b) Docket number of criminal case: N/A

(c) Date of sentencing: N/A

☐ Being held on an immigration charge

☐ Other (explain) I have cancer and was stated to make app with oncology Dr Michael Garcia cancer Doctor of Jasper, been locked up Two months

5. What are you challenging in this petition: Medical refuses treatment

☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

☐ Pretrial detention

☐ Immigration detention

☐ Detainer

☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

☐ Disciplinary proceedings

☐ Other (explain) Same as above, very sick.

6. Provide more information about the decision or action you are challenging:

(a) Name and location of the agency or court: N/A

(b) Docket number, case number, or opinion number: N/A

(c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed): N/A

(d) Date of the decision or action: _____

### Your Earlier Challenges of the Decision or Action

7. **First Appeal**

Did you appeal the decision, file a grievance, or seek an administrative remedy?

☒ Yes   ☐ No

(a) If "Yes," provide:

Wrote over 8² request to no Avail

(1) Name of authority, agency, or court: _____
(2) Date of filing: _____
(3) Docket number, case number, or opinion number: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

N/A

(b) If you answered "No," explain why you did not appeal: _____

8. **Second Appeal**

   After the first appeal, did you file a second appeal to a higher authority, agency, or court:

   ☒ Yes   ☐ No   this court

   (a) If "Yes," provide:
   (1) Name of authority, agency, or court: _____
   (2) Date of filing: _____
   (3) Docket number, case number, or opinion number: _____
   (4) Result: _____
   (5) Date of result: _____
   (6) Issues raised: _____

   (b) If you answered "No," explain why you did not file a second appeal: _____

9. **Third Appeal**

   After the second appeal, did you file a third appeal to a higher authority, agency, or court:

   ☒ Yes   ☐ No   this court

   (a) If "Yes," provide:
       (1) Name of authority, agency, or court: _____
       (2) Date of filing: _____
       (3) Docket number, case number, or opinion number: _____
       (4) Result: _____
       (5) Date of result: _____
       (6) Issues raised: _____

       N/A

   (b) If you answered "No," explain why you did not file a third appeal: _____

10. **Motion Under 28 U.S.C. § 2255**

    In this petition, are you challenging the validity of your conviction or sentence as imposed?

    ☐ Yes   ☒ No

    If "Yes," answer the following:

    (a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?   ☐ Yes   ☒ No

    If "Yes," provide:
       (1) Name of court: _____
       (2) Case number: _____
       (3) Date of filing: _____
       (4) Result: _____
       (5) Date of result: _____
       (6) Issues raised: _____

       N/A

N/A

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence? _____

New court Filed

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: _____

N/A

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes    ☒ No

If "Yes," provide:

(a) Date you were taken into immigration custody: _____
(b) Date of the removal or reinstatement order: _____
(c) Did you file an appeal with the Board of Immigration Appeals?

☐ Yes    ☒ No

If "Yes," provide:

(1) Date of filing: _____
(2) Case number: N/A
(3) Result: _____
(4) Date of result: _____

    (5)    Issues raised: N/A

  (d)    Did you appeal the decision to the United States Court of Appeals?

    ☐    Yes    ☐    No

If "Yes," provide:

    (1)    Name of court:
    (2)    Date of filing:
    (3)    Case number:
    (4)    Result:
    (5)    Date of result:
    (6)    Issues raised: N/A

## 12. Other appeals

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

  ☐    Yes    ☒    No  New Medical neglience

If "Yes," provide:

  (a)    Kind of petition, motion, or application:
  (b)    Name of authority, agency, or court:
  (c)    Date of filing: N/A
  (d)    Docket number, case number, or opinion number:
  (e)    Result:
  (f)    Date of result:

(g) Issues raised: Medical nurse practitioner Mrs lee lee mr Brad they want provide last names. or name of company And want provide treatment radiatic to help Fight my CANCER. Loosing weight, Can't hardly walk, cant eat Dying.

### Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:** N/A

(a) Supporting facts *(Be brief. Do not cite cases or law.)*: N/A

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes   ☐ No

**GROUND TWO:** N/A

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

_____ N/A _____

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes ☐ No

**GROUND THREE:** _____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*: _____

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes ☐ No

**GROUND FOUR:** _____

(a) Supporting facts *(Be brief. Do not cite cases or law.)* N/A

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: N/A

### Request for Relief

15. State exactly what you want the court to do: Release me Medical Furlow a Medical Bond - And pain/suffering $50,000

### Declaration Under Penalty of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system: _____

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 1-23-2023

*Hollis Chadwick Smith*
Hollis Chadwick Smith
Signature of Petitioner

_____
Signature of Attorney, if any

Third one filed no Avail Need Emergency Medical Treatment -

9

Hollis Chadwick Smith
Walker County Sheriffs Dept
- Jail -
2001 2nd Ave
Jasper Al, 35501

Legal mail!

United States District
Room 140.
Hugo L. Black US
Courthouse 1729 5th Av
Birmingham, Al