# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# JASPER DIVISION

| | |
|---|---|
| **HOLLIS CHADWICK SMITH,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 6:23-cv-158-LCB-SGC |
| ) | |
| **SHERIFF NICK SMITH,** *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

United States Magistrate Judge Staci G. Cornelius ordered Hollis Chadwick Smith to file a prisoner consent form by April 3, 2023. (Doc. 7 at 2). Judge Cornelius cautioned Smith that failure to comply might result in the Court dismissing this suit for failure to prosecute. *Id.* On April 12, Judge Cornelius recommended that this action be dismissed for failure to prosecute because Smith had not filed the requisite form. (Doc. 8 at 1). To date, Smith has neither provided the form nor objected to Judge Cornelius's recommendation.[1]

Having reviewed de novo the entire record, the Court **ADOPTS** the recommendation (Doc. 8) and **DISMISSES** this case without prejudice under Federal Rule of Civil Procedure 41(b). The Clerk of Court shall close this case.

---

[1] Smith's deadline for objecting to the recommendation expired on April 26, 2023. (Doc. 8 at 2).

**DONE** and **ORDERED** May 5, 2023.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE